FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 28 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. CR-2015-058

4:16-cv-794 JM-JTR

Jury Trial: ☐ Yes ☒ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Deidra Lean Mariano
ADC # 755792

Address: 100 N. College Ave. Fayetteville, AR. 72701

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Robert Dittrich

Position: Prosecuting Attorney

Place of employment: Arkansas County, AR.

Address: PO Box 845 Stuttgart, AR 72160

Name of defendant: David G. Henry

Position: Circuit Judge

This case assigned to District Judge Moody
and to Magistrate Ray

-4-

Place of employment: _Arkansas County_
Address: _DeWitt, AR. (Eleventh East) (Judicial District) (Division 1)_

Name of defendant: _Arkansas County_

Position: _Southern District_

Place of employment: _____

Address: _____

Name of defendant: _North West Arkansas Community Corrections (ADC) or Arkansas Dept of Corrections_

Position: _____

Place of employment: _CCS medical for ADC and NWACC_

Address: _100 N. College Ave Fayetteville, AR 72701_

II.   Are you suing the defendants in:

☒ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III.  Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___   No _✓_

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

    ☐     Court (if federal court, name the district; if state court, name the county):

            _____

    ☐     Docket Number: _____

    ☐     Name of judge to whom case was assigned: _____

    ☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐     Approximate date of filing lawsuit: _____

    ☐     Approximate date of disposition: _____

IV.   Place of present confinement: *North West Arkansas Community Correction Center - 100 N. College Ave - Fayetteville, AR, 72701*

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

     ✓ in jail and still awaiting trial on pending criminal charges

     ✓ serving a sentence as a result of a judgment of conviction *NWA CCC*

     ✓ in jail for other reasons (e.g., alleged probation violation, etc.)
       explain: _____
       _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓   No ____

    B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes __✓__   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

claim #1) I have been imprisoned for failure to pay fines and fees, from a 16 yr old case. (crossed out) see letter to prosecutor from my lawyer (Public defender) Victim did not receive $3000. payment I made in 2010. Was told if I went to trial I was getting prison time.

claim #2) I am imprisoned here at North West Arkansas Community Correction Center (NWA CCC). This facility does not have physical accessibility to allow me to participate in this therapeutic community. My Resident bill of rights has been violated by (1) Not being able to attend religious services offered here (2) To have legal rights and responsibilities as any other residents (denied work application due to physical limitations (on Oct. 10, 2016) Laughed at by staff (on Sept. 17, 2016)
Filed Grievance on 9-19-16 because I was being made to work beyond my medical permanent restrictions, causing physical injury. Isolated due to handicap
Lack program accessibility since June 2016 because I am no stair restricted, and groups are downstairs.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Review my Case and gain my release, seek compensatory damages for mental, emotional and physical injuries.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _12_ day of _October_, 20_16_.

_____

_____
Signature(s) of plaintiff(s)

-8-

## OFFICE OF THE PUBLIC DEFENDER
**DENNIS R. MOLOCK**
11th Judicial Circuit East
300 W. Third, P.O. Box 92
Stuttgart, AR 72160-0092
Telephone (870) 673-4426
Fax (870) 673-4427

February 10, 2016

Mr. Robert Dittrich
Prosecuting Attorney
P. O. Box 845
Stuttgart, AR   72160

RE:   *State of Arkansas vs. Deidra Mariano, CR-2000-028*

Dear Robert:

    I delivered a letter to Mendy this morning requesting that the above case be put on the docket for hearing ASAP.  Ms. Mariano has been in ACDC since July 29, 2015 after being transported here from KY.   The case has been set for next Wednesday.

    In reviewing the file to get a handle on where things stand procedurally, I see that we appeared on March 12 of 2010 in DeWitt.  The docket contains an entry that for some reason is dated 3/10/18 which states. . ." D appeared with attorney, parties announce tentative. . . ." (agreement? / settlement? , no further entry).   My file reflects that Ms. Mariano paid $3,000.00 toward the $5,560 owed in restitution in March of 2010.  (I believe that is what secured her release from jail)  Thereafter, there is an Order reflecting that on April 14, 2010, the parties appeared, made a joint request for a continuance and the matter was continued to October 20, 2010.   That review was continued to 11/3/10 and again to 1/5/11 with a FTA at that time.

    Ms. Mariano has further informed me that in 2009, she was seriously injured in an automobile accident which rendered her unable to work.  She applied for Social Security Disability, but apparently when Social Security was working up her case, they discovered that she had a warrant out of Arkansas and that ended up with her being bought back her in 2010.

    Regarding the issue of her payment arrearage, I requested a copy of the payment ledger and received it, but it does not contain the $3,000.00 payment of March 2010.  Please check into this.

A few other points to ponder. . . Ms. Mariano's restitution was to be joint and several with any other persons to be charged. Eddie Brittain would have been a co-defendant, but he died. James McKenzie left the area and listed some of the items for sale on Craigs list. Talk about a run of bad luck! The victim, Richard Coit, is deceased.

As best as I can tell, Ms. Mariano initially spent 192 days in jail prior to her plea. As of today, she has served an additional 169 days in jail. That is almost a year total. She now has nothing. She had a camper and a 3 wheeler that were located in Florida. Her girlfriend apparently dumped her. She had hoped that her former girlfriend's father would get the items in Florida sold, but has received no reply from him. She has no idea what has happened to those items. She has no ability to pay anything more. She is unable to work. She does not draw Social Security. She has no place to call home. She has no family here. If and when released, she will have to find a shelter to take her in until she can find a way to get back on her feet. Any further probation or SIS conditioned upon payment would be meaningless. She is at rock bottom. She will accept whatever the Court gives her next week, but I wanted you to know the facts as I understand them to be.

Sincerely,

Dennis R. Molock

cc:    file
        client

letters\dittrich.pd

IN THE CIRCUIT COURT OF ARKANSAS COUNTY, ARKANSAS
_Southern_ DISTRICT

STATE OF ARKANSAS                                                                                   PLAINTIFF

VS.                            NO. CR-2015-058

DEIDRE MARIANO                                                                             DEFENDANT

## GUILTY PLEA STATEMENT

The Defendant represents and states to the Court:

1. My correct name is _Deidre Mariano_ and my address is _5805 W. Meadow St., Homosassa, FL 34446_
2. My date of birth is _7-24-64_.
3. I completed the _12+2_ grade in school, and I read, write and understand the English language.
4. I am represented in this proceeding by a lawyer, whose name is _Dennis Moluk, Public Defender_
5. I am satisfied with the legal services rendered by my attorney, and I have no complaints to make about my lawyer in this case.
6. I have received a copy of the Information against me and understand that I am charged with the following offenses:

| OFFENSE | CLASS/F-M | MIN/MAX PUNISHMENT |
|---|---|---|
| (a) Failure to App-2cts | C/F | 3-10 yrs; $10,000 |
| (b) | | |
| (c) | | |
| (d) | | |

7. I have disclosed to my lawyer all facts and circumstances known to me about the charges against me, including all defenses which I may have to each of the charges, and my lawyer has advised me of the nature of each charge, the elements of each charge, and all legal and factual defenses which I might have in this case.
8. I understand that if I plead "Guilty" to any of these charges, as to those charges to which I plead "Guilty" I waive and give up certain of my legal rights, including:
(A) The right to remain silent. I understand any statement that I may make can and will be used against me;
(B) The right to a Public and speedy trial by jury, in which:
   1. The jury verdict would have to be unanimous before I could be convicted of any crime.
   2. The jury would have the option of finding me guilty of a "lesser included offense", for which punishment could be less than the penalties set forth in Paragraph 6 above;
   3. The jury could find me not guilty of any or all of the offenses with which I am charged, guilty of some and not guilty of the others, or guilty of all such offenses.
(C) I am presumed to be innocent of any crime, unless and until I am proven guilty beyond a reasonable doubt.
(D) The right to require the State of Arkansas to prove my guilt of each of the charges against me, and to prove each element of each offense with which I am charged.
(E) The right to require the State of Arkansas to present witnesses against me, who will be required to testify in court under oath, and each witness will be subject to cross-examination by my lawyer.

Guilty Plea Statement – Page 1 of 4

(F)      The right to present witnesses in my own behalf in the trial of this case. If I cannot financially afford to secure the presence of my witnesses, the Court will take steps to secure their attendance at no expense to me.

(G)      In a trial of this case, I may choose to testify or not to testify in my own behalf. If I chose not to testify, that choice would not be considered in the determination of my guilt or innocence of the charges against me.

(H)      The right to appeal from the verdict and judgment, challenging all issues of fact and law.

(I)      If I could not financially afford the appeal, the Court would see that the appeal was processed and an attorney appointed to represent me, at no expense to me.

(J)      The right to challenge the legality of my arrest, and the admissibility and consideration of evidence which may be presented against me.

9. I understand that I may have "indirect" problems if I plead guilty to a felony including, but not limited to, the loss of voting right, loss of the right to possess a firearm, and problems in obtaining employment.

10. I understand that if I am now on probation or have one or more prior felony convictions, my guilty plea in this case may affect the length of time I may be required to serve in confinement, and may move me closer to becoming a habitual offender.

11. I have not been threatened or intimidated in any way, and no force has been used to persuade me to plead guilty to the charges against me.

12. No promises have been made to me, or within my knowledge to anyone else on my behalf, that I will receive a lesser sentence, or suspended sentence, or any other form of leniency if I plead "Guilty", except as to the recommendations of the Prosecuting Attorney as contained herein.

13. I believe the recommendation to be in my best interest and am willing to accept the recommendation of the Prosecuting Attorney. I understand that if my plea of "Guilty" is not accepted by the Court or if the Court declines to accept the recommendation, my plea of "Guilty", may be withdrawn, and any admissions made herein will not be admissible against me in the trial of this case. I also understand that if I do not appear for sentencing on the assigned date, the Court is not bound to this plea agreement and I may be sentenced to any sentence within the range of punishment.

14. I do not rely upon any statement or representations made by my attorney, or the Prosecuting Attorney, or the Court, or anyone else regarding early release or parole eligibility.

15. I believe that I am of sound mind.

16. I am not now under the influence of drugs, alcohol, or any other substance which could influence my judgment.

17. I am not now, and have never been, treated for mental disease or defect.

18. I fully understand what I am doing, and all questions I may have about these proceedings have been answered.

19. I now plead "Guilty" to each of the charges against me in this case because I am, in fact, guilty of the charges, and respectfully request the Court to accept and enter my plea of "Guilty" to these charges.

20. I offer my plea of "Guilty" to each of the charges freely and voluntarily and of my own accord and with full understanding of all the matters set forth in the Information and in this Petition, and this plea is made with the advice and consent of my attorney.

Signed by me in the presence of my lawyer on this _17_ day of _Feb_, 20_16_

_[signature]_
DEFENDANT

Signed in my presence on this _17_ day of _Feb._, 20_16_

_[signature]_
ATTORNEY FOR DEFENDANT

## SENTENCE RECOMMENDATION

In accordance with the Plea Agreement between the Prosecuting Attorney and the defendant's attorney, the defendant agrees to plead guilty to the charges now pending against (him) (her) in this case.

Upon a plea of "Guilty" by the defendant to these charges, the Prosecuting Attorney agrees to recommend to the Court:

| | OFFENSE | CLASS | F/M |
|---|---|---|---|
| a. | FAILURE TO APPEAR - 1 ct | C | F |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |

JUDICIAL TRANSFER ✓

1. As to charges (a) (b), (c), (d), (e) ~~54~~ 30 months confinement in the [Arkansas Department of Corrections] [Regional Correctional Facility [concurrent with][consecutive to], sentence for charges (a) (b) (c) (d) (e) with imposition of additional sentence suspended for _____ months

2. As to charges (a), (b), (c), (d), (e) _____ months confinement in the [Arkansas Department of Corrections] [Regional Correctional Facility] [concurrent with][consecutive to] sentence for charges (a) (b) (c) (d) (e) with imposition of additional sentence suspended for _____ months

3. As to charges (a), (b), (c), (d), (e) _____ months confinement in the [Arkansas Department of Corrections] [Regional Correctional Facility] [concurrent with][consecutive to] sentence for charges (a) (b) (c) (d) (e) with imposition of additional sentence suspended for _____ months

4. As to charges (a), (b), (c), (d), (e) _____ months confinement in the [Arkansas Department of Corrections] [Regional Correctional Facility] [concurrent with][consecutive to] sentence for charges (a) (b) (c) (d) (e) with imposition of additional sentence suspended for _____ months

5. As to charges (a), (b), (c), (d), (e) _____ months confinement in the [Arkansas Department of Corrections] [Regional Correctional Facility] [concurrent with][consecutive to] sentence for charges (a) (b) (c) (d) (e) with imposition of additional sentence suspended for _____ months

6. As to charges (a),(b),(c), (d), (e) _____ months supervised probation.
Special conditions:

   a.) _____ Serve _____ days in a Regional Correctional Facility as a condition of Probation
   b.) _____ Serve _____ days in the Arkansas County Detention Center as a condition of Probation
   c.) _____ Serve one day in the Arkansas Department of Correction to observe operation of the facility pursuant to A.C.A. Sec. 05-4-320.
   d.) _____ Perform _____ hours of Community Service under the direction of Adult Probation Officer.
   e.) _____ Enroll and complete (alcohol/drug rehabilitation), (psychiatric), (batterers class), (anger management classes), at defendant expense and pursuant to arrangements made by your probation officer.
   f.) Other:_____

30
-12
18 months

7. As to charges (a),(b),(c), (d), (e) _____ months unsupervised probation

8. As to charges (a),(b),(c), (d), (e) _____ months Suspended Imposition of Sentence.

9. As to charges (a),(b),(c), (d), (e) _____ [days][months] in the Arkansas County Detention Center

10. The defendant is entitled to Jail Time Credit to be figured at the time of plea and sentencing.

✓ 11. The following charges/offenses shall be Nol Prossed: 1 ct - FTA

Guilty Plea Statement Page 3 of 4

✓   12.   restitution $ 0   fine $ 0   court costs $ 165   sheriff warrant fee $ 50
crime victims reparations fund: $ 0   prosecutor collection fees: $ 0
public defender user fee: $ 200   DNA fee: $ 250   *drug crime fee $ 0
sex offender registration fee: $____   other: Booking  $ 20
*If not already assessed and paid

Beneficiaries of restitution are as follows:

_____ _____ _____
_____ _____ _____
_____ _____ _____

The above to be paid through the Office of the Prosecuting Attorney, 305 S. College, P.O. Box 845, Stuttgart, AR 72160; commencing: {date certain: _____}
{30 days from plea} {60 days from release} {immediately} at a rate of $ 60 per month.
*(A $5.00 per month partial payment fee will be assessed which is included in the above amount.)*
*(A $5.00 per month collection fee for restitution is also included in the above amount.)*

   I have read and understand the above restitution, fine, and court cost amounts and understand that failure to pay these amount can result in my detention in the Arkansas County Detention Center. /s/ Necod Mantair
                                                                                                                Defendant Signature

____   13.   ____   no objection to boot camp

____   14.   Sentenced under A.C.A. Sec. 16-90-1401 and/or A.C.A. Sec 5-64-407 (controlled substances) Probation and suspension is a privilege extended under the law by the Court as an alternative to imprisonment. It affords an opportunity to have a clean record. ***Defendants who successfully complete probation or suspension without violation of any condition*** may apply to the Court to have their record sealed, or to be discharged and charges dismissed without an adjudication of guilty, in which case that defendant will have no disqualification or disabilities imposed on one conviction of a felony.
   ____ **This conviction is not for a class Y, A or B Felony, Manslaughter, a U Felony where the maximum is >10 years, a felony sex offense, a felony involving violence, a felony where defendant will serve time in the DOC, a felony traffic offense while holding a CDL, not more than one prior felony.**
   ____ **If otherwise qualifies, it has been at least five (5) years since the completion of sentence or at least one (1) year since a prior Petition to Seal was denied.**

____   15.   Transfer to Drug Court

____   16.   Required to complete Sex Offender Registration.

Other Recommendations:
RD) Sentenced to be served concurrently with CR-2000-628
_____

Date: 2/17/16                                                    /s/ Robt Dxxx
                                                                 PROSECUTING ATTORNEY